Scottlynn J Hubbard IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael McCune, | Case No. 2:14-cv-00159-MCE-AC |
| Plaintiff, | **Stipulation to Amend Complaint; Order** |
| v. | |
| Vision F.S., Inc., et al., | |
| Defendants. | |

Plaintiff Michael McCune, by and through his counsel of record, and Defendant PK I Cable Park, LP, by and through its counsel of record, jointly request that the Court enter an order as follows:

1. Plaintiff brought this action concerning the Denny's restaurant located at 8841 Greenback Lane in Orangevale, California.

2. It has come to Plaintiff's attention that Vision F.S., Inc. sold the subject Denny's restaurant prior to Plaintiff's visit to the restaurant that gave rise to this action.

3. As such, Plaintiff seeks to amend his complaint so as to remove Defendant Vision F.S., Inc. and replace it with the correct owner, North Valley Diner, Inc..

4. The parties agree that Plaintiff shall and may amend the complaint to remove Defendant Vision F. S., Inc. and add as a defendant North Valley Diner, Inc..  Attached hereto as Exhibit A is a true and accurate copy of Plaintiff's [Proposed] Amended Complaint.

5. Defendant PK I Cable Park, LP shall not be required to file an answer to the amended complaint, and its initial answer shall be deemed responsive to the amended complaint, should it so choose.

It is so stipulated.

Dated: March 25, 2014          DISABLED ADVOCACY GROUP, APLC


                                /s/ Scottlynn J Hubbard IV, Esquire
                                SCOTTLYNN J HUBBARD IV
                                Attorney for Plaintiff Michael McCune

1  Dated: March 25, 2014						GORDEE, NOWICKI & AUGUSTINI, LLP
2
3								 */s/ Alan Gordee, Esquire*
4								ALAN GORDEE
								Attorney for Defendant PK I Cable Park, LP
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and the above stipulation of the parties who have appeared in this action, ECF No. 7, Plaintiff Michael McCune is hereby granted leave to amend his Complaint, ECF No. 1.  The amended complaint shall be filed within seven (7) days of this order.  Defendant PK I Cable Park, LP shall not be required to file an answer to the amended complaint, and its initial answer shall be deemed responsive to the amended complaint, should it so choose.

IT IS SO ORDERED.

Dated:  April 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT