SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email:  USDCEast@HubsLaw.com

Attorney for Plaintiff

ALAN J. GORDEE, SBN 131907
GORDEE, NOWICKI & BLAKENEY LLP
8105 Irvine Center Drive, Suite 870
Irvine, CA  92618
Telephone:  (949) 567-9923
Facsimile:  (949) 567-9928
Email:  agordee@gna-law.com

Attorneys for Defendant
PK I CABLE PARK, LP

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael McCune, | Case No.  2:14-cv-00159-MCE-AC |
| Plaintiff, | **Joint Stipulation for Dismissal and Order Thereon** |
| vs. | |
| North Valley Diner, Inc. dba Denny's #7136; PK I Cable Park, LP, | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES:

    Plaintiff, Michael McCune, and defendant PK I Cable Park, LP, stipulate to and jointly request that this Court enter a dismissal with prejudice of this entire action pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: August 13, 2014    DISABLED ADVOCACY GROUP, APLC

                                          /s/   *Scottlynn J Hubbard*
                                          Scottlynn J Hubbard IV
                                          Attorney for Plaintiff

Dated: August 13, 2014    GORDEE, NOWICKI & BLAKENEY LLP

                                          /s/   *Alan J. Gordee*
                                          Alan J. Gordee
                                          Attorney for Defendant PK I Cable Park, LP

## **ORDER**

    IT IS HEREBY ORDERED that, pursuant to the foregoing stipulation, this action, USDC Case No. 2:14-cv-00159-MCE-AC, is DISMISSED with prejudice in its entirety. The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated: August 19, 2014

                                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT